```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

     - v. -                     :

DARRELL TAYLOR, and             :
CASSYANN SMITH,
                                :
          Defendants.
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INDICTMENT

**07 CRIM 972**

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about January 2007, up to and including in or about June 2007, in the Southern District of New York and elsewhere, DARRELL TAYLOR and CASSYANN SMITH, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that DARRELL TAYLOR and CASSYANN SMITH, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack" cocaine, in violation of Sections 812, 841(a)(1), and

**Judge McMahon**

841(b)(1)(A) of Title 21, United States Code.

## OVERT ACTS

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a.  On or about January 25, 2007, in the Bronx, New York, DARRELL TAYLOR and CASSYANN SMITH, the defendants, sold approximately 27 grams of "crack" cocaine to a confidential informant (the "CI"), who was acting at the direction of the Government.

    b.  On or about February 20, 2007, in the Bronx, New York, DARRELL TAYLOR and CASSYANN SMITH, the defendants, sold approximately 55 grams of "crack" cocaine to the CI.

    c.  On or about June 27, 2007, in the Bronx, New York, DARRELL TAYLOR and CASSYANN SMITH, the defendants, sold approximately 53 grams of "crack" cocaine to the CI.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.  On or about June 27, 2007, in the Southern District of New York, DARRELL TAYLOR and CASSYANN SMITH, the defendants, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form

commonly known as "crack" cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).)

## Forfeiture Allegation

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, DARRELL TAYLOR and CASSYANN SMITH, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds TAYLOR and SMITH obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts One and Two of this Indictment, including a sum of money representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Two of this Indictment.

## Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third person;

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

      (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____      _____
FOREPERSON                                    MICHAEL J. GARCIA
                                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DARRELL TAYLOR, and
CASSYANN SMITH,

Defendants.

INDICTMENT

07 Cr.

(Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(A) and 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

10/18/07 Filed indictment, Case assigned to Judge McMahon

Pitman
U.S.M.J