LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL:
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/7

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

# MEMO ENDORSED

November 5, 2007

Honorable Colleen McMahon
United Sates District Judge
United Sates Courthouse
500 Pearl Street
New York, NY 10017

*Confirmed*
[signature] Colleen McMahon
11/7/7

Re:   **United States v. Darrell Taylor [Cassyann Smith]**
      07 Cr 972 (CM)

Dear Judge McMahon:

    This will confirm my request for an adjournment of the arraignment for the above matter from November 6, 2007 to November 14, 2007 at 9:45 AM.

    My client **Cassyann Smith** has just been released from the hospital after giving birth to a child last Friday.

    A.U.S.A. Marshall Camp has consented to this request.

Respectfully Submitted,

[signature]

IRA D. LONDON

cc:  A.U.S.A. Marshall Camp
     Cassyann Smith