# EXHIBIT A

Case 1:07-cr-00972-CM    Document 25-2    Filed 05/12/2008    Page 1 of 3

1504 Sheridan Ave
Apartment #3G
Bronx, New York 10457

April 30th, 2008

Ira D. London
245 Fifth Avenue
Suite 1900
New York, New York 10016

Dear Mr. London,

    On April 16th, 2008 Ms. Stephanie Dunne accompanied by another probation officer came to my home at 1504 Sheridan Ave, apt #3G for a home visit. A few days later I received a copy of her report, where she stated my house was dark and clustered.

    Yes I do live in a one bedroom apartment with my mother, three sons, and my sister, but I disagree with that statement because my apartment is not clustered.

    My building was recently bought by new management and when the field manager came out to visit the building he was surprised we lived here for the past fourteen years. He thought we had recently moved

in and said my apartment was one of the best in the building. The Super is always commenting us on how clean our apartment is. My entire building is currently under construction and when the workmen come to my apartment they say we don't have to wear face mask and gloves in your apartment, you'all are very clean people.

    Then Ms Dunne also stated there was an unidentified male in my apartment who happen to be one of the workmen that was working in my apartment.

    I am very disappointed with the report of my home visit because it was not the truth.

Very truly yours,
Cassyann Smith